# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY, As Subrogee of the TOWN OF WESTERLY | : : : | |
| VS. | : : | C.A. NO. : 1:22-cv-00123-MSM-IDA |
| J. GALLANT ELECTRICAL SERVICES, INC. and THE HILLER COMPANIES, INC. d/b/a ADVANCED SAFETY SYSTEMS INTEGRATORS, INC. | : : : : : | |
| VS. | : : | |
| PERIPHERAL MANUFACTURING (Alias), FIREAWAY, LLC, Alias Fireaway, Inc., Alias, JOHN DOE CORP 1 THROUGH 10, JOHN DOE ENTITIES 1 THROUGH 10, and JOHN AND JANE DOE 1 THROUGH 10 | : : : : : : : | |

**DEFENDANT & THIRD-PARTY PLAINTIFF, J. GALLANT ELECTRICAL SERVICES INC.'S NOTICE OF Fed. R. Civ. P. 30(b)(6) DEPOSITION OF FIREAWAY, LLC REGARDING JURISDICTION**

**DEPONENT:**     FIREAWAY, LLC.
**TIME & DATE OF TAKING:  JANUARY 30, 2024, AT 9:00 A.M.**

Please take notice that commencing at 10:00 a.m. on January 30, 2024, at the law office of Dayian P.C., 225 Dyer Street, Floor 2, Providence, RI 02903, Defendant and Third-Party Plaintiff in this action, by its attorney, will take the deposition upon oral examination, pursuant to Fed. R. Civ. P. 30(b)(6) & the Court's Order of December 4, 2023, of the **PERSON(S) MOST KNOWLEDGEABLE AT FIREAWAY, LLC CONCERNING THE SUBJECT MATTER SET FORTH HEREIN VIA ZOOM.**

*Federal Insurance Company a/s/o the Town of Westerly vs. J. Gallant Electrical Services, Inc., et al*
*C.A. No.: 1:22-cv-00123-MSM-IDA*

The deponent is advised that, pursuant to Fed. R. Civ. P. 30(b)(6), it shall "designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and shall set forth, for each person designated, the matters on which the person will testify."

On or before **January 23, 2024**, Fireaway, LLC.,, is requested to designate, in writing, to Defendant and Third-Party Plaintiff, one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, with the most knowledge concerning the following designated matters, and whom Third-Party Defendant will fully prepare to testify regarding the following designated matters, and has such information that is known or reasonably available to Fireaway, LLC., The Deponent is further requested to set forth in the written designation for each person so designated, the matter or matters on which that person will testify.

The subject matters on which the examination is to be conducted are as follows:

1. The existence of the documents requested herein pursuant to Fed. R. Civ. P. 34;
2. The electronic creation, duplication, and/or storage of the documents requested herein pursuant to Fed. R. Civ. P. 34;
3. Any and all document retention/destruction policies that would relate to any of the documents requested herein pursuant to Fed. R. Civ. P. 34;
4. The location of the documents herein requested pursuant to Fed. R. Civ. P. 34;
5. The organization, indexing and/or filing of the documents requested herein pursuant to Fed. R. Civ. P. 34;
6. The method of search for the documents requested herein pursuant to Fed. R. Civ. P. 34;
7. The completeness of the documents produced pursuant to Fed. R. Civ. P. 34;
8. The authenticity of the documents produced pursuant to Fed. R. Civ. P. Rule 34;
9. Third-Party Defendant's Answers to Jurisdictional Interrogatories;
10. Third-Party Defendant's documents produced in response to Third-Party Plaintiff's Request for Production of Documents regarding Jurisdiction;
11. Corporate structure and organizational chart;
12. Fireaway's Rhode Island and New England sales and related data;
13. Fireaway's National and global sales;
14. Fireaway's marketing;
15. Certified distributors;
16. Product design programs and design provided to certified distributors;
17. Certification and training of certified distributors;
18. Rhode Island market share;
19. Goods shipped directly to Rhode Island;

*Federal Insurance Company a/s/o the Town of Westerly vs. J. Gallant Electrical Services, Inc., et al*
*C.A. No.:  1:22-cv-00123-MSM-IDA*

20. Rhode Island employees, independent contractors, or agents;
21. Fireaway's affidavit and supplemental affidavit;
22. Jurisdiction.

Please note the person designated most knowledgeable is required to bring any and all records in Third-Party Defendant's possession, custody or control, which concern, comment upon, relate or document the following and provide copies to Daryl E. Dayian, Esquire, Dayian P.C., 225 Dyer Street, Floor 2, Providence, RI 02903, on or by **January 2, 2024**:

1. True and exact copies of all records responsive to Third-Party Defendant's request for the production of documents regarding jurisdiction issued to Third-Party Defendant on December 4, 2023, attached hereto, and marked as Exhibit "A."

Defendant & Thord-Party Plaintiff,
J. Gallant Electrical Services, Inc.
By Its Attorney,


/s/ Daryl E. Dayian
Daryl E. Dayian, Esq. #5023
Dayian P.C.
225 Dyer Street, Floor 2
Providence, RI 02903
Phone (401) 621-8000
Fax (401) 621-8001
ded@Dayianpc.com

## CERTIFICATION

I hereby certify that on January 16, 2024, a true copy of the within was sent electronically via email correspondence to all parties of record:

**Gus Sara, Esq.**/White and Williams LLP; **Paul R. Crowell, Esq.**/Engelberg & Bratcher; **Joseph-Anthony DiMaio, Esq.**/The Law office of Cain & Dimaio and **Kurt A. Rocha**, Esq./Melick & Porter, One Richmond Square, Ste 203E, Providence, RI 02906.

/s/ Daryl E. Dayian

3